IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE SANCHEZ RIVERA<br>Plaintiff<br>vs<br>FEDEX FREIGHT, INC.; FEDERAL EXPRESS CORPORATION, doing business in Puerto Rico as FEDEX EXPRESS; INSURANCE COMPANY X,Y,Z<br>Defendants | CIVIL 15-1238CCC |

## JUDGMENT

Having considered the Stipulation of Dismissal with Prejudice (**d.e. 76**) filed by the parties on September 26, 2018, which is NOTED, it is ORDERED and ADJUDGED that judgment be entered DISMISSING this case WITH PREJUDICE, with each party bearing their own attorneys' fees and costs.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 28, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge